## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Civil Action No.: 12-cv-03246-RM-MJW

CONCETTA PALMIERI,

      Plaintiff,

v.

MANPOWER INTERNATIONAL INC.,

      Defendant.

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

The Court, having reviewed the Joint Agreed Motion for Approval of the Parties' Negotiated Settlement of This Case and for Dismissal With Prejudice and accompanying Memorandum and being fully advised, hereby ORDERS as follows:

1. The parties' Motion to Dismiss is GRANTED;

2. The above-captioned matter is DISMISSED WITH PREJUDICE; and

3. Each party shall bear its own costs and attorneys' fees.

Dated this 6th day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge